# United States Court of Appeals for the Federal Circuit

---

February 4, 2016

## ERRATA

---

Appeal No. 2014-1527

## CLEARCORRECT OPERATING, LLC

v.

## INTERNATIONAL TRADE COMMISSION

Decided: November 10, 2015
Precedential Opinion

---

Please make the following change to the majority opinion:

Page 21, footnote 16, delete "*See* Sapna Kumar, *Regulating Digital Trade*, FLA. L. REV., at 34 (Mar. 29, 2015) (Forthcoming) (discussing how the "courts in these cases were looking at whether information could be regulated as an 'article of commerce' under the Constitution's Commerce Clause" and that the term "article of commerce" does not appear in either the Driver's Privacy Protection Act or the Constitution, thus making the cases irrelevant to the determination of the definition of the term "article"), *available at* http://ssrn.com/abstract=2586740."

Please make the following change to the concurring opinion:

Page 3, lines 10-14, delete "in 1988, one year before the invention of the World Wide Web. *See* Sapna Kumar, *Regulating Digital Trade*, 67 FLA. L. REV., at 28-32 (forthcoming 2015) (reviewing legislative history of the Tariff Act with respect to the term "articles")." and insert --made well before the Internet became a regular vehicle for commercial transactions.--.